PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* JAN CARROLL, Defendant-Appellee.

(Nos. 60663-4 cons.;

First District (3rd Division)—March 20, 1975.

PER CURIAM.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Barry Rand Elden, and John F. Brennan, Assistant State's Attorneys, of counsel), for the People.

No appearance for appellee.